

*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00331-CV

**ACSTAR INSURANCE COMPANY**,
Appellant

v.

**CITY OF LAREDO**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2006-CVF-002054-D4
Honorable Raul Vasquez, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:   September 30, 2009

DISMISSED

Before the court is appellant's motion for voluntary dismissal. Appellant's motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed against the appellant. *See id.* at (d).

PER CURIAM